FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0746



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0746

IN THE MATTER OF THE ESTATE OF:

WARREN DAN EDDLEMAN,　　　　　　　ORDER OF MEDIATOR APPOINTMENT

　　　Deceased.

　　　This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

　　　IT IS ORDERED THAT **T. Thomas Singer,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

　　　IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

　　　A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

　　　DATED this January 18, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:　　David J. Dietrich, Gary W. Bjelland, Mark D. Parker, Madeline Marie Clarke, Aaron William Nicholson, Joseph Loren Breitenbach, Jared M. Le Fevre, Sandra Eddleman, T. Thomas Singer